UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK WOLANIN #148317,

        Plaintiff,

                                 CASE NO. 15-cv-12743
v.                                HONORABLE GEORGE CARAM STEEH

ANGELA GIBAS, KENDRA BURTON,
and DANIEL HEYNS,

        Defendants.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION (DOC. #23) GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT (DOC. 19), DISMISSING AS
MOOT PLAINTIFF'S MOTIONS FOR DISCOVERY (DOC. #9), FOR
RECONSIDERATION (DOC. #15), FOR ATTACHMENT OF
PROPERTY (DOC. #18), FOR DEFAULT JUDGMENT (DOC. #21), AND
<u>PLAINTIFF'S MOTION TO REVISIT PREVIOUSLY FILED MOTIONS (DOC. #22)</u>

       Plaintiff filed this action alleging that he was transferred from Saginaw Correctional Facility to Baraga Correctional Facility in violation of his First Amendment right to be free from retaliation. All pretrial matters were referred to the magistrate judge for a report and recommendation. (Doc. #5). Defendants filed a motion for summary judgment (Doc. #19). On January 27, 2016, Magistrate Judge Mona Majzoub issued a report and recommendation that recommends granting defendants' motion for summary judgment (Doc. #23). Relatedly, the magistrate judge recommends dismissing as moot the following motions filed by the plaintiff:

      •     Motion for Discovery (Doc. #9)

      •     Motion for Reconsideration (Doc. #15)

•   Motion for Attachment of Property (Doc. #18)

•   Motion for Default Judgment (Doc. #21)

•   Motion to Revisit Previously Filed Motions (Doc. #22)

The magistrate judge specifically stated that any objections to her report were to be filed within 14 days of service, and that failure to file such objections constituted a waiver of any further right to appeal.  *See Thomas v. Arn*, 474 U.S. 140, 155 (1985).  Plaintiff has not objected to the report and recommendation.

The court has reviewed the record and the magistrate judge's report and recommendation.  Finding that report and recommendation to be well-reasoned, the court hereby ACCEPTS the result recommended therein.  Accordingly, defendants' motion for summary judgment is GRANTED.  The remaining motions filed by plaintiff, described above, are DISMISSED AS MOOT.  This case is DISMISSED.

IT IS SO ORDERED.

Dated:  March 2, 2016

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 2, 2016, by electronic and/or ordinary mail and also on Frank Wolanin #148317, Baraga Maximum Correctional Facility, 13924 Wadaga Road, Baraga, MI 49908.

s/Barbara Radke
Deputy Clerk

---

-2-