UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK L. WOLANIN,

        Plaintiff,

        Case No. 15-12743

vs.

        HON. GEORGE CARAM STEEH

ANGELA GIBAS, et al,

        Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION AS MOOT [DOC. 32]

This matter is before the court on Plaintiff's "Motion for Supplement to Plaintiffs [sic] Objection to Magistrates [sic] Recommendation." (Doc. 32). On January 27, 2016, Magistrate Judge Majzoub entered a Report and Recommendation dismissing Plaintiff's claims in their entirety. (Doc. 23). Having not received any objections, this court accepted the Report and Recommendation and entered a Judgment against Plaintiff on March 2, 2016. (Docs. 24 and 25). Later Plaintiff notified the court that he had not received the Magistrate's Report and Recommendation. (Doc. 26). On June 7, 2016, this court reopened the case and required Defendants to submit a responsive pleading addressing Plaintiff's objections. (Doc. 29). In the instant motion, Plaintiff asks the court to "include as part of the record the attached MDOC prisoner grievance form that verifies the MDOC, the Defendants in this matter, failed to service the Plaintiff with the Magistrates [sic] Jan. 27, 2016 order requiring the Plaintiff to respond to the recommendation for dismissal or have the case dismissed for failure to respond." (Doc. 32, Pg ID 207). Plaintiff, however, already received the requested relief when the case

was reopened and a response to Plaintiff's objections was requested by the court. Plaintiff's motion is, therefore, DENIED AS MOOT.

IT IS SO ORDERED.

Dated: June 22, 2016

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and Frank Wolanin, #148317, 13924 Wadaga Road, Baraga, MI 49908 on June 22, 2016, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk